**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tyre Jamar MAYERS, Defendant–Appellant.**

**No. 09–30190.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 17, 2011.

Helen J. Brunner, Esquire, Carl Andrew Colasurdo, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Thomas Michael Kummerow, Washington Appellate Project, Seattle, WA, for Defendant–Appellant.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Tyre Jamar Mayers appeals from his sentence imposed following his guilty plea to two counts of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Mayers contends that the district court erred in determining that his prior conviction for theft in the first degree, in violation of former Revised Code of Washington § 9A.56.030(1)(b), was a "crime of violence" under U.S.S.G. § 2K2.1. As Mayers concedes, this contention is foreclosed by *United States v. Alderman*, 601 F.3d 949 (9th Cir.2010).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

